

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-256-JA-RMN
18 U.S.C. § 2261A(2)

KONSTANTINE DEAN PETROVAS
a/k/a Dean Petrovas

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Stalking)

Beginning on an unknown date, but not later than in or about January 2024, and continuing through at least in or about September 2024, in the Middle District of Florida, and elsewhere, the defendant,

KONSTANTINE DEAN PETROVAS
a/k/a Dean Petrovas,

with the intent to harass and intimidate another person, that is, J.D., used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed that person in reasonable fear of death and serious bodily injury to a person, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, that is, J.D.

In violation of 18 U.S.C. §§ 2261A(2)(A) and (B) and 2261(b).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney

By: *[signature]*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
October 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

KONSTANTINE DEAN PETROVAS
a/k/a Dean Petrovas

## INDICTMENT

Violations: 18 U.S.C. § 2261A(2)

A true bill,

_____
Foreperson

Filed in open court this 16th day of October, 2024.

_____
Clerk

Bail $_____