UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                            CASE NO. 6:24-cr-256-JA-RMN

KONSTANTINE DEAN PETROVAS
    a/k/a Dean Petrovas

## UNITED STATES' UNOPPOSED
## MOTION FOR ENDS-OF-JUSTICE FINDING

The United States respectfully moves for the Court to enter an order finding that the ends of justice served by granting the previously requested continuance on September 11, 2025, outweigh the interests of the public and the defendant in a speedy trial. In support of the motion, the United States states as follows:

1. At the status hearing on September 11, 2025, the United States requested a continuance in this case based the need to review the report from a psychological evaluation of the defendant, which was anticipated to be provided later in September and which may impact the resolution of this case, and to complete a filter review of evidence obtained from the defendant's iCloud account, which defense counsel advised contained attorney-client communications. Doc. 65. Defense counsel did not object to this motion for a continuance. Doc. 64.

2. The Court found there were sufficient grounds for the request and granted the motion, resetting the case for the December 2025 trial term, with status conferences in October and November. Doc. 64.

3. On September 17, 2025, an "ORAL ORDER" granting the continuance

was entered on the docket that included the upcoming court dates. Doc. 66. This docket entry did not include an "ends of justice" finding. *Id.*

4. "[A] district court may grant a continuance of the trial date when the 'ends of justice' support the continuance." *United States v. Ammar*, 842 F.3d 1203, 1206 (11th Cir. 2016). In doing so, the district court must consider certain factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), then "set[ ] forth, in the record of the case, either orally or in writing, its reasons for finding that the ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." *Id.* (quoting § 3161(h)(7)(A)).

5. The United States respectfully moves the Court to enter an order (a) finding that, after considering all the factors, including those set forth in 18 U.S.C. § 3161(h), and for the reasons stated during the hearing on September 11, 2025, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial; and (b) ordering that the time between the September 11, 2025 status conference and the end of the December 2025 trial term is "excludable time" pursuant to 18 U.S.C. § 3161(h).

## Local Rule 3.01(g) Certification

6.    The undersigned certifies that she has conferred with counsel for the defendant, who does not oppose the requested relief to the extent the Court finds it necessary to enter a written order granting the continuance or an order directing the clerk to amend docket entry 66 to include an ends of justice finding.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: megan.testerman@usdoj.gov

U.S. v. Konstantine Dean Petrovas        Case No. 6:24-cr-256-JA-RMN

### CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Vince Citro, Esq.
Attorney for Defendant

*/s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov